**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| ROBERT NOTHSTEIN, | **No. CV-26-30-H-JTJ** |
| Plaintiff, | |
| v. | |
| DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, PURE VIEW MEDICAL CENTER, AND STEHPEN COCCA, | **ORDER** |
| Defendants. | |

United States Magistrate John Johnston screened Plaintiff Robert Nothstein's ("Nothstein") Complaint on April 27, 2026. (Doc. 6.) Judge Johnston determined that Nothstein's Complaint failed to state a claim for which relief could be granted. (*Id*.) Judge Johnston granted Nothstein until May 11, 2026, to amend his Complaint to cure the pleading deficiencies. (*Id*.). Nothstein has failed to file an Amended Complaint.

Nothstein's original Complaint (Doc. 2) alleged Defendants deprived him of due process and violated the American with Disabilities Act ("ADA") by failing to provide him with Medicare, Part B coverage. (Doc. 2-1 at 4-8). Judge Johnston determined

1

Nothstein's allegations failed to state a plausible claim for relief as Nothstein failed to allege sufficient facts to explain how his due process rights were violated. (Doc. 6 at 4). Further, regarding Nothstein's ADA claim, Judge Johnston determined that although Nothstein alleged he is disabled, he did not plead facts that would show a nexus between his disability and the alleged discrimination. (*Id.*)

Accordingly, Judge Johnston ordered Nothstein to cure these pleading deficiencies through an Amended Complaint that identified how the Defendants alleged conduct related to the denial of his application for Medicare, Part B coverage proves tied to any alleged discriminatory action by the Defendants based upon his disability. (*Id.* at 4-5). Nothstein has failed to do so.

The Court agrees that Nothstein's Complaint fails to state a claim upon which relief may be granted. Nothstein failed to file an amended complaint to cure the pleading deficiencies.

IT IS **HEREBY ORDERED** that Nothstein's Complaint (Doc. 2) is **DISMISSED** without prejudice.

IT IS **FURTHER ORDERED** that Nothstein's motions related to USPS, a non-party, including his "Motion to Process Documents in Person at Clerk's office" (Doc. 3) and "Motion to Disqualify USPS" (Doc. 8) are **DENIED AS MOOT**.

2

DATED this 27th day of May 2026.

Brian Morris, Chief District Judge
United States District Court

3