UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ROBERT NOTHSTEIN,<br><br>         Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES, PURE VIEW MEDICAL CENTER, AND STEHPEN COCCA,<br><br>         Defendants. | Case No. CV-26-30-H-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order [9], complaint is dismissed without prejudice.

     Dated this 27th   day of May, 2026

                  TYLER P. GILMAN, CLERK

             By:   /s/ M. Stewart
                  Deputy Clerk